IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-40200
Summary Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

SAUL LOPEZ-HERNANDEZ,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. C-00-CR-90-1
--------------------
September 20, 2001

Before JOLLY, BENAVIDES and STEWART, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Saul Lopez-Hernandez ("Lopez") has requested leave to withdraw and has filed a brief as required by <u>Anders v. California</u>, 386 U.S. 738 (1967). Lopez has not responded to the motion. Our independent review of the brief and the record discloses no nonfrivolous issue. Counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities, and the appeal is DISMISSED.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.